UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHAHID PARVES,

      Plaintiff,

  -against-

BEYOND IDENTITY INC.,

      Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   05/06/26

26-CV-625 (GHW) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

     Plaintiff has filed an Amended Complaint (Dkt. 25) as of right pursuant to Fed. R. Civ. P. 15(a)(1)(b). In light of the Amended Complaint, the Hon. Gregory H. Woods, U.S. District Judge, has denied as moot defendant's motion to dismiss the original Complaint (Dkt. 27). Defendant's deadline to answer or move with respect to the Amended Complaint is **May 19, 2026**. *See* Fed. R. Civ. P. 15(a)(3).

     In light of these developments, the Initial Case Management Conference before Judge Moses, originally scheduled for May 12, 2026, is ADJOURNED to **May 27, 2026**, at **10:00 a.m.**, in Courtroom 20A of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 20007. This is an in-person proceeding. For avoidance of doubt, plaintiff's motion to conduct the initial case management conference remotely (Dkt. 19) is DENIED. The parties are directed to file a joint update letter no later than **May 22, 2026**, addressing any proposed changes to the parties' joint pre-conference statement filed on May 4, 2026 (Dkt. 23). The Court notes that the offer letter that plaintiff allegedly received on October 20, 2025, via DocuSign, and accepted that same day (*see* Am. Compl. ¶¶ 21, 25), is not attached to plaintiff's pleadings or defendant's motion papers. The Court requests a copy of that document along with the parties' joint update letter.

     Defendant's motion to stay discovery pending the outcome of its initial motion to dismiss (Dkt. 24) is DENIED as moot. However, defendant may renew its stay motion should it move to dismiss the Amended Complaint. In the interim, defendant's deadline to respond to plaintiff's written discovery requests is EXTENDED until 30 days after (i) defendant has answered the Amended Complaint, or (ii) the Court has denied defendant's renewed stay motion, whichever comes first.

     The Clerk of Court is respectfully directed to close the motions at Dkts. 19 and 24.

Dated: New York, New York
      May 6, 2026                       **SO ORDERED.**

                                 _____

                                 **BARBARA MOSES**
                                 **United States Magistrate Judge**